JS - 6

GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
California Bar Number 128072
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6739
    Facsimile: (213) 894-7327
    E-mail: kevin.finn@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mahasan Sanjeewa Gunawardena, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>Michael Aytes, Acting Deputy Director, U.S. Citizenship and Immigration Services, et al.,<br><br>    Defendants. | No. CV 09-5791 RSWL (PJWx)<br><br>[Proposed]<br>ORDER APPROVING STIPULATION TO DISMISS CASE [3]<br><br><br>Honorable Ronald S.W. Lew |

    The Court has considered the Stipulation to Dismiss Case the parties filed on 10-06-09[3].

    THE COURT HEREBY ORDERS that the Stipulation to Dismiss Case is approved and this case is dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

DATED: October 9, 2009

/ s /
_____
HONORABLE RONALD S.W. LEW
SENIOR, U.S. DISTRICT COURT JUDGE

09-5791 ORDER DISMISSAL.wpd